**HARRIS, Movant, v. PIGG et al., Partners Doing Business in Firm Name of Wood Motor Company, Opposed.**

Court of Appeals of Kentucky.

Jan. 16, 1940.

William Lewis & Son for movant.

C. R. Luker, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**HOME INSURANCE COMPANY OF NEW YORK, Movant, v. NEWMAN et al., Opposed.**

Court of Appeals of Kentucky.

Jan. 26, 1940.

Vert C. Fraser for movant.

Waddill, Laffoon & Waddill, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**PETTY et al., Partners Trading and Doing Business as T. A. Petty & Son, Movant, v. WESTERN UNION TELEGRAPH COMPANY, Opposed.**

Court of Appeals of Kentucky.

Jan. 30, 1940.

J. Paul Keith, Jr.; and Woodward, Dawson & Hobson for movant.

Edward P. Humphrey and Marvin H. Taylor, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.